UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ESTATE OF RHONDA J. CRAGER,**
**et al.,**

    **Plaintiffs,**

v.                                                                          Case No.  8:04-cv-2662-T-30MAP

**BOB WHITE, APRIL HEUSS,**
**JOHN DOES,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Motion to Dismiss by Defendants Bob White and April Heuss (Dkt. # 7) and Plaintiffs' Response to Motion to Dismiss by Defendants Incorporating Memorandum of Law (Dkt. # 10).  The Court previously deferred ruling on the motion pending the United States Supreme Court's decision in <u>Gonzales v. Town of Castle Rock, Colorado</u>, 366 F.3d 1093 (10th Cir. 2004)(en banc), *cert. granted*, 125 S.Ct. 417, 160 L.Ed.2d 316 (Nov. 1, 2004)(No. 04-278).  On June 27, 2005, the Supreme Court issued its opinion, reversing the judgment of the Tenth Circuit Court of Appeals.  <u>See Town of Castle Rock, Colorado v. Gonzales</u>, \_\_\_S.Ct.\_\_\_, 2005 WL 1499788, No.04-278, (June 27, 2005).  In light of the Supreme Court's decision, the Court finds that Plaintiffs'

claims under 42 U.S.C. §§ 1983 and 1988 must be dismissed.[1]  Additionally, pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims.

It is therefore ORDERED AND ADJUDGED that:

1. The Motion to Dismiss by Defendants Bob White and April Heuss (Dkt. # 7) is GRANTED IN PART AND DENIED IN PART as stated herein.

2. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims.

3. The Clerk of the Court is directed to close this file and terminate all pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2662.mtd.wpd

---

[1] The Court does not reach the merits of Defendants' motion regarding Plaintiffs' claims under state law.